WILLIAM BOYNTON, JR. *v.* CITY OF NEW HAVEN

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 815 (AC 20388), is denied.

*Shari A. Murphy*, in support of the petition.

Decided September 13, 2001

RONALD OWENS *v.* COMMISSIONER OF CORRECTION

The petitioner Ronald Owens' petition for certification for appeal from the Appellate Court, 63 Conn. App. 829 (AC 20504), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski*, special public defender, in support of the petition.

Decided September 13, 2001

ZANE CAMERON PETERSON *v.* VERNA J. PETERSON

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 909 (AC 20879), is denied.

*David S. Grossman*, in support of the petition.

*Helen L. Allen*, in opposition.

Decided September 13, 2001